IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02277-RPM

JOHN FITZGERALD,

    Plaintiff,

v.

DAVID KRIEN;
KRIEN METHOD, INC.; and
KRIEN METHOD INDUSTRIES LLC,

    Defendants.

---

## ORDER DENYING MOTION FOR PROTECTIVE ORDER

---

Upon consideration of Defendants' Unopposed Motion to Enter Stipulated Protective Order [14], filed on February 1, 2008, it is

ORDERED that the motion is denied for failure to comply with D.C.COLO.LCivR 7.2 and 7.3.

Dated: February 4, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge