IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-CV-02277-RPM

JOHN FITZGERALD,

    Plaintiff,

v.

DAVID KRIEN; KRIEN METHOD, INC., a Kansas corporation; and
KRIEN METHOD INDUSTRIES, LLC, a Kansas limited liability company

    Defendants.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
## TO AMEND COMPLAINT AND JURY DEMAND

Upon consideration of Plaintiff's Unopposed Motion to Amend Complaint, it is

ORDERED that the motion is granted and the First Amended Complaint and Jury Demand attached thereto is deemed filed.

DATED: March 11th, 2008

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch
        United States District Court Judge