IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02277-RPM

JOHN FITZGERALD,

    Plaintiff,

v.

DAVID KRIEN;
KRIEN METHOD, INC.; and
KRIEN METHOD INDUSTRIES LLC,

    Defendants.

---

ORDER GRANTING DAVID KRIEN'S MOTION FOR PROTECTIVE ORDER

---

Upon consideration of the pleading designated Defendant David Krien's Motion for Protective Order, filed on behalf of all defendants on April 7, 2008, it is

ORDERED that the motion is granted.

Dated: April 11th, 2008

                    BY THE COURT:

                    s/Richard P. Matsch
                    _____
                    Richard P. Matsch, Senior District Judge