IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02277-RPM

JOHN FITZGERALD,

    Plaintiff,

v.

DAVID KRIEN;
KRIEN METHOD, INC., a Kansas corporation; and
KRIEN METHOD INDUSTRIES, LLC, a Kansas limited liability company;
DAVID KRIEN, LLC, a Kansas limited liability company,

    Defendants.

___

**ORDER DISMISSING ALL CLAIMS
AND COUNTERCLAIMS WITH PREJUDICE**
___

    Upon consideration of the Joint Stipulation of Dismissal with Prejudice filed by the parties on October 13, 2008, it is hereby,

    ORDERED that all claims and counterclaims in this action are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

    DATED: October 14th, 2008.

                                          BY THE COURT:

                                          s/ Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge